upon which plaintiff slipped was there by the affirmative act of the janitress.

*Julius F. Newman* for appellant.

*Moses Jaffe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ. Absent: ANDREWS, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
    *v.* BENJAMIN TRAKTMAN et al., Defendants, and THE
    CITY OF NEW YORK, Appellant.

*State — real property — title — annulment of letters patent — provision of judgment giving city lien upon premises for unpaid taxes erroneous.*

*People* v. *Traktman*, 201 App. Div. 864, affirmed.

(Argued January 24, 1923; decided February 27, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 12, 1922, reversing, so far as appealed from, a judgment entered upon a decision of the court at a Trial Term without a jury, which annulled certain letters patent granting lands under the waters of the East river, but adjudged that the city of New York had a lien upon the premises for unpaid taxes. The judgment of the Appellate Division struck out the provision with respect to the lien for taxes, holding that " under the letters patent the possibility of reverter was vested in the state of New York. This interest or estate could not be cut off or diminished by any act by the city of New York. When the state vacated the letters patent and re-entered for a condition broken, it became seized of its first estate and all intermediate liens and incumbrances were thereby avoided."

*John P. O'Brien, Corporation Counsel (Charles J. Nehrbas* of counsel), for appellant.

*Charles D. Newton, Attorney-General (Anson Getman* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ. Absent: ANDREWS, J.